FREDERICK E. KANEN v. THE PHILADELPHIA AND
READING RAILROAD COMPANY ET AL.

Submitted December 5, 1903—Decided February 23, 1904.

In an action for personal injuries, a verdict of $18,000 in favor of the
plaintiff, rendered only a little over three months after the acci-
dent, when it was impossible for the experts in the case to tell
how serious the plaintiff's injuries were or whether they were
permanent, cannot be permitted to stand.

On rule to show cause.

Before GUMMERE, CHIEF JUSTICE, and Justices DIXON,
HENDRICKSON and SWAYZE.

For the rule, *Lindabury, Depue & Faulks.*

*Contra, Craig A. Marsh.*

PER CURIAM.

This was an action for personal injuries received in a rail-
road accident, which occurred on the 27th of January, 1903.
The case was brought to trial on May 11th of the same year.
The jury rendered a verdict of $18,000 in favor of the plaint-
iff. Owing to the short time which elapsed between the
accident and the trial (only a little over three months), it
was impossible for the experts in the case to tell, with any
accuracy, how serious the plaintiff's injuries were or whether
they were permanent in their character. The evidence on
the subject was little more than guesswork. A verdict as
large as this, resting upon testimony of this character, ought
not to be permitted to stand, when, as appears in this case,
a lapse of a reasonable time will afford an opportunity to de-
termine, with some degree of certainty, both of these ques-
tions.

The rule to show cause will be made absolute.